JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHURCHILL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DOLGEN CALIFORNIA, LLC dba DOLLAR GENERAL, a private entity; and DOES 1 through 20, Inclusive;<br><br>Defendants. | CASE NO: CV 19-9883-MWF-(AFMx)<br><br>ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

Based upon the Motion & Stipulation of counsel and for good cause appearing, it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed, with prejudice, each party to bear its own costs.

Dated:  April 16, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge